**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEEM MAJEED, | Case No. CV 18-10509-DMG (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

DATED: April 16, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE